# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

IZELL RIVERS,

       Petitioner,

v.                                    **Case No.   4:12cv231-MW/GRJ**

SECRETARY, DEPARTMENT
OF CORRECTIONS,

       Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation. ECF No. 23.   Upon consideration, no objection having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "The Amended Petition for Writ of Habeas Corpus, ECF No. 6, is **DENIED**.  A certificate of appealability is **DENIED**."  The Clerk shall close the file.

**SO ORDERED on April 30, 2015.**

                                      **s/Mark E. Walker**_____
                                      **United States District Judge**